# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUEJIA LIANG, Derivatively on Behalf of Nominal Defendant ROBLOX CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. _____ |
| DAVID BASZUCKI, GREGORY BASZUCKI, CHRISTOPHER CARVALHO, ANTHONY P. LEE, GINA MASTANTUONO, ANDREA WONG, MICHAEL GUTHRIE, and CRAIG DONATO, | ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants, | ) ) | |
| and | ) ) | |
| ROBLOX CORPORATION, | ) ) | |
| Nominal Defendant. | ) | |

## VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Plaintiff Luejia Liang ("Plaintiff"), by and through his undersigned attorneys, brings this verified stockholder derivative action on behalf of nominal defendant Roblox Corporation ("Roblox" or the "Company"), against certain of the Company's executive officers and its Board of Directors (the "Board") for breaches of fiduciary duties and violations of federal law by the Individual Defendants (defined below). Plaintiff's allegations are based on personal knowledge as to himself and his own acts, and upon information and belief as to all other matters, based on, *inter alia*, the investigation conducted by his counsel, including review of publicly available information regarding the Company; the allegations of a class action complaint filed in the securities class action captioned *Dekalb Cnty. Pension Fund v. Roblox Corp. et al.,* Case No.

3:23-cv-06618 (N.D. Cal. Dec. 26, 2023) (the "Securities Class Action"); conference call transcripts and announcements; filings with the United States Securities and Exchange Commission (the "SEC"); press releases disseminated by Roblox; legal filings; news reports; and securities analysts' reports about the Company.

## <u>NATURE OF THE ACTION</u>

1.      This shareholder derivative action is brought on behalf of Roblox against certain officers and members of the Company's Board for breaches of their fiduciary duties between at least March 10, 2021 and February 15, 2022, inclusive (the "Relevant Period"), and for violations of the federal securities laws caused by the issuance of materially false and misleading statements issued, or caused to be issued, by the Individual Defendants in the Company's SEC filings and other public statements. The Individual Defendants' wrongdoing has exposed the Company to massive potential liability to the class, as well as the significant defense costs in the Securities Class Action, as set forth below.

2.      Roblox is a technology company that provides an internet video game platform for users to create, share, and play games. Within the platform, there is a virtual economy where users can buy, sell, and trade virtual items using a digital currency called Robux. Roblox generates revenue through the sale of Robux, which users can purchase with real money. The Company then splits its proceeds earned from the sale of Robux with those who develop games on the platform.

3.      Credit card information can be stored on the platform to facilitate purchases of Robux. Child users of the platform generally purchase Robux with their parent's credit cards. Roughly half of the Company's users are under the age of 13. As a result, Roblox is subject to various FTC and other regulations designed to protect minors.

4.      In 2020, Roblox experienced explosive growth, largely due to stay-at-home orders associated with the COVID-19 pandemic, which increased user engagement with the platform, along with insufficient parental controls on the platform, which enabled younger users to access inappropriate content and make excessive and unauthorized purchases of Robux with their parents' credit cards.

5.      Throughout the Relevant Period, however, the Individual Defendants misleadingly touted the Company's growth while failing to disclose that it was being driven by inadequate controls on the Roblox platform.

6.      As a result of the Individual Defendants' false and misleading statements, the price of Roblox stock was artificially inflated throughout the Relevant Period. Many Company insiders capitalized off this by offloading millions of dollars' worth of personal holdings of Company stock.

7.      On February 15, 2022, the truth regarding the Company's unsustainable growth was revealed, when Roblox reported disappointing financial results for the fourth quarter of 2021.

8.      In a report published by Benchmark Securities ("Benchmark"), the Company's stagnating growth was connected to the introduction of enhanced parental controls and the integrity of the Individual Defendants was questioned:

> We think the [Roblox] brand is vulnerable to a user abuse narrative that has begun to materialize and could begin to erode parental confidence in the platform, which could further discourage parents from supporting their child's play experience on [Roblox]. We are not impressed with managements' grasp of the business and found them to be disingenuous and confused on their earnings call as they seemed to struggle to understand their own data. **We suspect the deceleration in growth was likely not a surprise to management and note meaningful insider sales** with the estimated value of stock sales in [fiscal year 2021] including CEO [Bazsucki]-$235M, CFO [Guthrie]-$122M, and CBO [Donato]-$157M.[1]

---

[1] All emphasis is added unless otherwise indicated.

9.      Benchmark further reduced its price target for Roblox stock from $70.00 per share to $45.00 per share. Many other analysts followed suit and significantly cut price targets for Roblox stock, including BTIG, which cut its target from $133.00 to $99.00 per share, and Jefferies, which cut its target from $70.00 per share to $60.00 per share.

10.     On December 26, 2023, the Securities Class Action was filed against Roblox and certain of its executive officers, exposing the Company to massive class-wide liability.

## JURISDICTION AND VENUE

11.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise a federal question under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. §§ 78j(b) and 78t(a)).

12.     This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

13.     This action is not a collusive action designed to confer jurisdiction on a court of the United States that it would not otherwise have.

14.     In connection with the acts, conduct and other wrongs complained of herein, the Individual Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, the United States mail, and the facilities of a national securities market.

15.     Venue is proper in this District pursuant to Section 27(a) of the Exchange Act and 28 U.S.C. §1391(b)(1), as Roblox is incorporated in this District and a substantial portion of the acts and omissions alleged herein, including the issuance and dissemination of materially false and misleading information, occurred in this District.

## PARTIES

*Plaintiff*

16.    Plaintiff is, and has been at all relevant times, a shareholder of Roblox.

*Nominal Defendant*

17.    Nominal Defendant Roblox is incorporated under the laws of the State of Delaware.

18.    The Company's principal executive offices are located at 970 Park Place, San Mateo, California.  Roblox's common stock trades on the New York Stock Exchange ("NYSE") under the ticker symbol "RBLX."

*Director Defendants*

19.    Defendant David Baszucki is the Founder, President, Chief Executive Officer ("CEO"), and Chairman of the Board of Roblox, and he has served as a member of the Board since March 2004. According to the Company's public filings, Defendant David Baszucki received $232,786,391 in 2021 in compensation from the Company. As of February 28, 2023, Defendant David Baszucki beneficially owned 63,363,730 shares of Roblox common stock, worth $2,321,647,067 and constituting 65.1% of the Company's total voting power.[2] During the Relevant Period, Defendant David Baszucki sold 2.5 million shares of his personal holdings of Company stock while in possession of material non-public information at artificially inflated prices, reaping $200 million in proceeds.

20.    Defendant Gregory Baszucki has served as a member of the Board since February 2008. He is the brother of Defendant David Baszucki.  According to the Company's public filings, Defendant Gregory Baszucki received $377,487 in 2021 in compensation from the Company.

---

[2] Valuations of the Individual Defendants' holdings of Company stock are based on the $36.64 per share closing price of Roblox's stock on February 28, 2023.

21.     Defendant Christopher Carvalho ("Carvalho") has served as a member of the Board since December 2015 and serves as a member of the Audit and Compliance Committee and the Nominating and Corporate Governance Committee. According to the Company's public filings, Defendant Carvalho received $409,724 in 2021 in compensation from the Company.

22.     Defendant Anthony P. Lee ("Lee") has served as a member of the Board since February 2008 and serves as Chair of the Nominating and Corporate Governance Committee and as a member of the Leadership Development and Compensation Committee. As of February 28, 2023, Defendant Lee beneficially owned 82,815,126 shares of Roblox common stock, worth $3,034,346,216 and constituting 5.3% of the Company's total voting power. Defendant Lee additionally serves as the Vice President of Altos Ventures Management, Inc., a subsidiary of Altos Ventures which beneficially owns 82,815,126 shares of Roblox common stock, worth $3,034,346,216 and constituting 5.3% of the Company's total voting power.

23.     Defendant Gina Mastantuono ("Mastantuono") has served as a member of the Board since April 2021 and serves as Chair of the Audit and Compliance Committee and as a member of the Leadership Development and Compensation Committee. According to the Company's public filings, Defendant Mastantuono received $750,000 in 2021 in compensation from the Company.

24.     Defendant Andrea Wong ("Wong") has served as a member of the Board since August 2020 and serves as Chair of the Leadership Development and Compensation Committee and as a member of the Nominating and Corporate Governance Committee. According to the Company's public filings, Defendant Wong received $442,921 in 2021 in compensation from the Company.

*Officer Defendants*

25.    Defendant Michael Guthrie ("Guthrie") has served as Chief Financial Officer ("CFO") of Roblox since February 2018. According to the Company's public filings, Defendant Guthrie received $7,488,262 in 2021 in compensation from the Company. During the Relevant Period, Defendant Guthrie sold 1.6 million shares of his personal holdings of Company stock while in possession of material non-public information at artificially inflated prices, reaping $120 million in proceeds.

26.    Defendant Craig Donato ("Donato") has served as Chief Business Officer of Roblox since December 2016. According to the Company's public filings, Defendant Donato received $2,492,849 in 2021 in compensation from the Company. During the Relevant Period, Defendant Donato sold 2.0 million shares of his personal holdings of Company stock while in possession of material non-public information at artificially inflated prices, reaping $150 million in proceeds.

27.    Defendants Guthrie and Donato, along with the Director Defendants, are herein collectively referred to as the "Individual Defendants."

28.    Defendants Guthrie, Donato, and David Baszucki are herein referred to as the "Insider Trading Defendants."

## FIDUCIARY DUTIES OF THE INDIVIDUAL DEFENDANTS

29.    Because of their positions as officers and/or directors of Roblox, and their ability to control the business and corporate affairs of the Company, the Individual Defendants owed Roblox and its shareholders fiduciary obligations of good faith, loyalty, trust, and candor and were required to use their utmost ability to control and manage the Company in a fair, just, honest, and equitable manner at all relevant times.

30.     Therefore, the Individual Defendants were required to act in furtherance of the best interests of Roblox and its shareholders.

31.     Each director and officer of the Company owes to Roblox and its shareholders the fiduciary duty to exercise good faith and diligence in the administration of the Company and in the use and preservation of its property and assets and the highest obligation of fair dealing.

32.     The Individual Defendants, because of their positions of control and authority as directors and/or officers of Roblox, were able to and did, directly and/or indirectly, exercise control over the wrongful acts complained of herein.

33.     Each Individual Defendant, by virtue of his or her position as a director and/or officer owed to the Company and to its shareholders the highest fiduciary duties of trust, loyalty, good faith, and the exercise of due care and diligence in the management and administration of the affairs of the Company, as well as in the use and preservation of its property and assets. The conduct of the Individual Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and/or officers of Roblox, the absence of good faith on their part, or a reckless disregard for their duties to the Company and its shareholders that the Individual Defendants were aware or should have been aware posed a risk of serious injury to the Company.

34.     As senior executive officers and directors of a publicly-traded company whose common stock was registered with the SEC pursuant to the Exchange Act and traded on the NYSE, the Individual Defendants had a duty to prevent and not to effect the dissemination of inaccurate and untruthful information with respect to the Company's financial condition, performance, growth, financial statements, earnings, internal controls, and present and future business prospects, including the dissemination of false and/or materially misleading information regarding the

inadequate controls on the Company's platform and Roblox's unsustainable growth rates, and the Individual Defendants had a duty to cause the Company to disclose in its regulatory filings with the SEC all those facts described in this Complaint that it failed to disclose, so that the market price of the Company's common stock would be based upon truthful, accurate, and fairly presented information.

35.    To discharge their duties, the officers and directors of Roblox were required to exercise reasonable and prudent supervision over the management, policies, practices, and internal controls of the Company.  By virtue of such duties, the officers and directors of Roblox were required to, among other things:

(a)    Ensure that the Company was operated in a diligent, honest, and prudent manner in accordance with the laws and regulations of Delaware and the United States, and pursuant to Roblox's own Code of Conduct;

(b)    Exercise good faith to ensure that the affairs of the Company were conducted in an efficient, business-like manner so as to make it possible to provide the highest quality performance of their business;

(c)    Exercise good faith to ensure that the Company's communications with the public and with shareholders are made with due candor in a timely and complete fashion;

(d)    Remain informed as to how Roblox conducted its operations, and, upon receipt of notice or information of imprudent or unsound conditions or practices, to make reasonable inquiry in connection therewith, and to take steps to correct such conditions or practices;

(e)    Establish and maintain systematic and accurate records and reports of the business and internal affairs of Roblox and procedures for the reporting of the business and internal

affairs to the Board and to periodically investigate, or cause independent investigation to be made of, said reports and records;

(f)    Maintain and implement an adequate and functioning system of internal legal, financial, and management controls, such that Roblox's operations would comply with all applicable laws and Roblox's financial statements and regulatory filings filed with the SEC and disseminated to the public and the Company's shareholders would be accurate;

(g)    Exercise reasonable control and supervision over the public statements made by the Company's officers and employees and any other reports or information that the Company was required by law to disseminate;

(h)    Examine and evaluate any reports of examinations, audits, or other financial information concerning the financial affairs of the Company and to make full and accurate disclosure of all material facts concerning, *inter alia*, each of the subjects and duties set forth above; and

(i)    When put on notice of problems with the Company's business practices, operations, or internal controls, exercise good faith in taking appropriate action to correct the misconduct and prevent its recurrence.

36.    The Individual Defendants, because of their positions of control and authority, were able to and did, directly or indirectly, exercise control over the wrongful acts complained of herein, as well as the contents of the various public statements issued by Roblox.

37.    At all times relevant hereto, the Individual Defendants were the agents of each other and of Roblox and were at all times acting within the course and scope of such agency.

38.    Each of the Individual Defendants breached his or her fiduciary duties as alleged herein, both individually and in concert with the other Defendants.

## ROBLOX'S CODE OF CONDUCT

39.     The purpose of Roblox's Code of Conduct is to:

[D]eter wrongdoing and to promote:

1.  fair and accurate financial reporting;
2.  compliance with applicable laws rules and regulations including, without limitation, full, fair, accurate, timely and understandable disclosure in reports and documents the Company files with, or submit to, the U.S. Securities and Exchange Commission (the "SEC") and in the Company's other public communications;
3.  the prompt internal reporting of violations of this Code as set forth in this Code;
4.  honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships;
5.  compliance with this Code and Company policies and procedures; and
6.  a culture of honesty and accountability.

40.     The Code of Conduct applies to "all directors, officers, and employees . . . of Roblox Corporation (together with any subsidiaries, collectively the 'Company' or 'Roblox') and its subsidiaries," and violations of the Code of Conduct may result in disciplinary action, including "oral or written reprimand, suspension or immediate termination of employment or business relationship, or any other disciplinary action or combination of disciplinary actions as deemed appropriate to the circumstances."

41.     In a section titled "**GENERAL STANDARDS OF CONDUCT**," the Code of Conduct states: "Honest and ethical conduct is critical to our business. All of the Company's employees, agents and contractors have a duty to comply with applicable law, as well as the spirit of the law and to act in an honest and ethical manner."

42.     In a subsection titled "Compliance with Law" the Code of Conduct states, in relevant part: "You are responsible for complying with all laws, rules, regulations and regulatory orders applicable to the conduct of our business as well as the spirit of the law."

43.     In a subsection titled "<u>Compliance with Rules, Controls and Procedures,</u>" the Code

of Conduct states:

> It is important that all transactions are properly recorded, classified and summarized in our financial statements, books and records in accordance with our policies, controls and procedures, as well as all generally accepted accounting principles, standards, laws, rules and regulations for accounting and financial reporting. If you have responsibility for or any involvement in financial reporting or accounting, you should have an appropriate understanding of, and you should seek in good faith to adhere to, relevant accounting and financial reporting principles, standards, laws, rules and regulations and the Company's financial and accounting policies, controls and procedures. If you are a senior officer, you should seek to ensure that the internal controls and procedures in your business area are in place, understood and followed.

44.     In a section titled "**PUBLIC COMMUNICATIONS**," the Code of Conduct states,

in relevant part:

> The Company files reports and other documents with regulatory authorities, including the SEC and the New York Stock Exchange. In addition, from time to time the Company makes other public communications, such as issuing press releases.

> Depending upon your position with the Company, you may be called upon to provide information to help assure that the Company's public reports and communications are complete, fair, accurate and understandable. You are expected to use all reasonable efforts to provide complete, accurate, objective, relevant, timely and understandable answers to inquiries related to the Company's public disclosures.

45.     In a section titled "<u>Insider Trading</u>," the Code of Conduct states, in relevant part:

> Under U.S. securities laws, it is unlawful for any person who has "material" nonpublic information about a company to trade in the stock or other securities of that company or to disclose such information to others who may trade. Material nonpublic information is information about a company that is not known to the general public and that a typical investor would consider important in making a decision to buy, sell or hold securities. Violations of U.S. securities laws may result in civil and criminal penalties, including disgorgement of profits, civil judgments, fines and jail sentences.

## **<u>ROBLOX'S AUDIT AND COMPLIANCE COMMITTEE CHARTER</u>**

46.     Roblox's Audit and Compliance Committee Charter (the "Charter") states that the

purpose of the Audit and Compliance Committee (the "Committee") is to assist the Board in its

oversight of:

- [T]he accounting and financial reporting processes and internal controls of the Company;
- the audit and integrity of the Company's financial statements;
- the Company's compliance with applicable law (including U.S. federal securities laws and other legal and regulatory requirements);
- the qualifications, independence and performance of the Company's independent auditors; and
- the implementation and performance of the Company's internal audit function, if applicable.

47.    In a subsection titled "Review of Internal Controls and Integrity of Financial

Statements," the Charter states, in relevant part:

The Committee shall meet with management, the internal audit department, if applicable, and the Company's independent auditor to review and discuss the Company's internal controls and the integrity of the Company's audited financial statements. Included in this process shall be review of:

a.    the scope and timing of the annual audit of the Company's financial statements;

b.    the Company's annual audited and quarterly unaudited financial statements and annual and quarterly reports on Form 10-K and Form 10-Q, including the disclosures in "Management's Discussion and Analysis of Financial Condition and Results of Operations"; the Committee shall make a recommendation to the Board as to whether the audited financial statements and "Management's Discussion and Analysis of Financial Condition and Results of Operations" should be included in the Company's Form 10-K for filing with the SEC;

c.    the results of the independent audit and the quarterly reviews, and the independent auditor's opinion on the audited financial statements;

d.    the quality and adequacy of the Company's internal controls, and discussion with management and the independent auditor with regard to any significant deficiencies or material weaknesses in the design or operation of, and any material changes in, the Company's internal controls;

e.    the Company's disclosure controls and procedures, as well as the quarterly assessments of such controls and procedures by the Chief Executive Officer and Chief Financial Officer.

48.    In a subsection titled "<u>Review of Financial Information Presentation, Earnings Press Releases and Guidance</u>," the Charter states:

> The Committee shall periodically discuss with management the Company's procedures with respect to the presentation of the Company's financial information (paying attention to any use of "pro forma" or "adjusted" non-GAAP information) and review earnings press releases, earnings guidance provided to analysts and rating agencies and financial information provided to the public, analysts and ratings agencies.

49.    In a subsection titled "<u>Internal Audit Function</u>," the Charter states:

> The Committee shall, as applicable, oversee the design, implementation and performance of the Company's internal audit function, including by:
>
> a.    reviewing and approving the charter of the internal audit function and any amendments;
> b.    reviewing the responsibilities, functions, qualifications, budget, performance, objectivity, and the scope and results of internal audits;
> c.    approving the hiring, promotion, demotion or termination of the person in charge of the Company's internal audit function; and
> d.    reviewing the results of the internal audit program, including significant issues in internal audit reports and responses by management.

## SUBSTANTIVE ALLEGATIONS

### Background

50.    Roblox is a technology company that provides an internet video game platform for users to create, share, and play games.

51.    Within the platform, there is a virtual economy where users can buy, sell, and trade virtual items using a digital currency called Robux. Roblox generates revenue through the sale of Robux, which users can purchase with real money. The Company then splits its proceeds earned from the sale of Robux with those who develop games on the platform.

52.    Credit card information can be stored on the platform to facilitate purchases of Robux. Child users of the platform generally purchase Robux with their parents' credit cards.

53.     Roughly half of the Company's users are under the age of 13. As a result, Roblox is subject to various FTC and other regulations designed to protect minors.

54.     Roblox recognizes revenue ratably over the estimated average lifetime of a paying user based on the monthly retention data available to the Company. The Company additionally provides a metric called "bookings" on a quarterly and annual basis, representing the total cash generated from sales of Robux for a given fiscal period. Roblox calculates booking by adding revenue to the change in deferred revenue for the fiscal period. According to the Company, bookings "provide a timelier indication of trends in our operating results that are not necessarily reflected in our revenue as a result of the fact that we recognize the majority of revenue over the estimated average lifetime of a paying user."

55.     Prior to the Relevant Period, Roblox was a private company experiencing robust growth. In 2019, its bookings increased to $694 million, a 39% increase from the prior year. Then, in 2020, its bookings jumped to $1.9 billion, a 171% increase, largely attributable to two factors. First, COVID-19 stay-at-home orders helped to increase the Company's user base and their engagement time on the platform. Second, insufficient content controls and a lack of spending restrictions allowed this growing user base of predominantly children to make large and unauthorized purchases of Robux with their parents' credit cards.

56.     On or about March 10, 2021, Roblox went public via direct listing on the NYSE. The Company had filed a registration statement on Form S-1 with the SEC in connection with the direct listing on November 19, 2020. After several amendments, the registration statement was declared effective on March 2, 2021, authorizing Company insiders to sell $198.9 million worth of their personal holdings in Roblox Class A common stock. On March 10, 2021, the final prospectus (the "Prospectus") was filed with the SEC on Form 424B4. The "Reference Price" for

Roblox Class A common stock in the direct listing was $45.00 per share.[3]

***Materially False and Misleading Statements***

57.     The Relevant Period begins on March 10, 2021, when Roblox filed the Prospectus with the SEC. The Prospectus disclosed bookings of $499.0 million, $694.3 million, and $1.9 billion in 2018, 2019, and 2020, respectively. The Prospectus further disclosed revenues of $325.0 million, $508.4 million, and $923.9 million in 2018, 2019, and 2020, respectively. With respect to the Company's bookings and revenue trends, the Prospectus stated:

> We believe our overall acceptance, revenue growth and increases in bookings depend on a number of factors, including, but not limited to, our ability to . . . maintain the security and reliability of our platform . . . comply with country and region-specific regulatory environments with respect to privacy, data protection, intellectual property, child protection and other requirements. . . . If we are unable to accomplish these tasks, our platform will not be attractive to developers, creators, and users and they may no longer seek new experiences in our platform, which would result in fewer bookings and lower revenue and could harm our operations.

58.     The Prospectus attributed the Company's user growth to "increasingly high-quality content":

> First, user-generated content, built by our community of developers and creators, powers our platform. As developers and creators build increasingly high-quality content, more users are attracted to our platform. The more users on our platform, the higher the engagement and the more attractive Roblox becomes to developers and creators. With more users, more Robux are spent on our platform, incentivizing developers, and creators to design increasingly engaging content and encouraging new developers and creators to start building on our platform.

59.     The Prospectus included the following generic risk disclosure: "If we fail to retain current users or add new users, or if our users decrease their level of engagement with our platform, revenue, bookings, and operating results will be harmed."

---

[3] A "Reference Price" is analogous to an initial auction price.

60.    The Prospectus further warned of the possibility of the Company reporting inaccurate financial metrics:

We regularly review metrics, including our DAUs, hours engaged, and average bookings per DAU, or ABPDAU, to evaluate growth trends, measure our performance, and make strategic decisions. These metrics are calculated using internal data gathered on an analytics platform that we developed and operate and have not been validated by an independent third party. Our metrics and estimates may also differ from estimates published by third parties or from similarly titled metrics of our competitors due to differences in methodology or the assumptions on which we rely. If our estimates are inaccurate, then investors will have less confidence in our company and our prospects, which could cause the market price of our Class A common stock to decline, our reputation and brand could be harmed.

61.    With respect to the Company's user base, the Prospectus stated:

We generate substantially all of our revenue through the sales of our virtual currency, "Robux," which players can use to purchase virtual items sold by our developer and creator community on the platform. Only a small portion of our users regularly purchase Robux through subscriptions and pay for experiences and virtual items compared to all users who use our platform in any period. We rely on our developers to develop engaging content where users elect to purchase digital items to enhance their enjoyment. ***If users fail to purchase digital items at rates similar to or greater than they have historically and if we fail to attract new paying users, or if our paying users fail to continue interacting with the platform and purchasing digital items as they increase in age, our revenue will suffer.***

62.    Regarding the Company's ability to monitor content on its platform that is not suitable for children, the Prospectus stated:

If we are unable to prevent, or are perceived as not being able to sufficiently prevent, all or substantially all inappropriate content from appearing on our platform, parents and children will lose their trust in the safety of our platform, which would harm our overall acceptance by these audiences and would likely result in significantly reduced revenue, bookings, profitability, and ultimately, our ability to continue to successfully operate our platform.

63.    The Prospectus continued:

To meet an evolving global regulatory environment, the Roblox Client can adjust a user's experience and available content based on their age, device type, current location and where the client application was obtained. This allows Roblox to dynamically apply relevant content filters, antiaddiction rules, payment limits, and parental consent requirements.

64.    On May 10, 2021, Roblox issued a press release announcing the Company's financial results for the first quarter of 2021 (the "Q1 2021 Release"). The Q1 2021 Release reported bookings of $652.3 million and revenues of $387 million during the first quarter of 2021. Additionally, the 1Q 2021 Release reported that April 2021 bookings were up 7-9% from March 2021 bookings.

65.    During an earnings call the same day (the "May 2021 Earnings Call"), Defendant David Baszucki attributed the Company's growth to high-quality content:

> And what has driven our growth historically has been a dual loop and it's unique to this class of platforms is a loop around great content. The higher the quality of the content, the bigger the economy. The bigger the economy, the larger teams are able to make content mix it up and coming UGC creators. And better content, the more people come to the platform, but that content then serve as a foundation for a second viral loop, where the more my friends on the platform, the more exciting is your need to come to the platform and hang out play, work, learn experienced entertainment within that content. So, it's yes to all of those. All of these work together in to viral loops to drive our growth.

66.    Also during the May 2021 Earnings Call, with respect to the Company's future expenditures, Defendant David Baszucki stated:

> And then as trust and safety and infrastructure and then everything else we're just really, really careful about spending and that model is really efficient for us over the years. It's been a really great new economics and we've, I guess in a situation where we haven't had to spend a lot of money to drive user growth. That organic signal is one that tells us that the product is doing well. And so I don't think you should expect to see us change that over the next few years.

67.    Defendant David Baszucki further touted positive trends in bookings per daily active user:

> [T]his system has turned out to be enormously powerful and as different countries have come online, whether that's the US and Canada, or whether it's Philippines, Brazil and Russia, in all of these countries over time, we've seen the combination of amazing content and the players becoming more embedded in our platform and ***driving higher and higher bookings per DAU.***

68.    On May 13, 2021, Roblox filed a quarterly report on Form 10-Q with the SEC for the quarter ended March 31, 2021, which included the same financial information that was contained in the Q1 2021 Release.

69.    On August 16, 2021, Roblox issued a press release announcing its financial results for the second quarter of 2021 (the "Q2 2021 Release"), which reported bookings of $665.5 million and revenue of $454.1 million for the second quarter of 2021, both figures representing double-digit growth year-over-year. The Q2 2021 Release further reported July 2021 bookings were up 10 % to 11% from June 2021 bookings.

70.    During the related earnings call held on August 17, 2021 (the "August 2021 Earnings Call"), the Individual Defendants downplayed the adverse impacts that COVID-19 re-openings would have on Roblox's business. For instance, Defendant Guthrie stated:

> So, our modeling assumption was that COVID would go away during the second quarter and then we would return to normal curve on sign-ups and retention, conversion and monetization. That's very similar to what happened in the second quarter. And by the end of the second quarter in June, there was a lot of "re-opening", especially in the U.S. [a]nd Canada and the United Kingdom, and some of that's reflected in engagements, though, substantially higher than it was in 2019 on a year-over-year basis, flat to slightly down. And then now in July [2021], it looks like some of those trends are reversing themselves.

71.    Defendant Guthrie further touted positive growth trends across all regions in 2021 and assured investors that the usage and spending trends of its customers under the age of 13 were "incredibly similar" to those of its customers over the age of 13.

72.    Also during the August 2021 Earnings Call, Defendant David Baszucki highlighted Roblox's commitment to child user safety: "And we've also been very, very hard at work with the philosophy that we're building a unified platform that **is both safe, civil, and educational for six-year-olds,** while simultaneously very interesting for 22-year-olds."

73.    On August 16, 2021, Roblox filed a quarterly report on Form 10-Q with the SEC for the quarter ended June 30, 2021, which included the same financial information that was contained in the Q2 2021 Release.

74.    On November 8, 2021, Roblox issued a press release announcing the Company's financial results for the third quarter of 2021 (the "Q3 2021 Release"). The Q3 2021 Release reported bookings of $637.8 million and revenues of $503.9 million during the third quarter of 2021. Additionally, the 3Q 2021 Release reported that October 2021 bookings were up 30% to 34% from the same period in 2020. The Q3 2021 Release further reported 11.2 billion "Hours Engaged" during the quarter, a 28% increase year-over-year. The 3Q 2021 Release quoted Defendant David Baszucki as stating: "Engagement is our north star . . . people of all ages from across the globe chose to spend over 11 billion hours on Roblox." Defendant Guthrie added: "[A]ll of our core metrics [including bookings] . . . displayed strong year-over-year growth despite lapping COVID-impacted periods and back-to-school seasonality."

75.    During the related earnings call held on November 9, 2021 (the "November 2021 Earnings Call"), Defendant David Baszucki reiterated that the Company was committed to maintaining a platform that was safe and appropriate for users of all ages:

> We're already doing this, and I see the metrics every week. They are already really good, and they keep getting better and better. It's really the top priority on the platform. I feel we're in a really good position in that we're starting from a difficult place, which is creating a civil society for people of all ages. And then as we bring more and more older players onto the platform, we're carefully adding small amounts of freedom in certain situations, while always respecting our core foundation of safety and stability. So, it's a top priority. We're already doing it. We already have a lot of older people on the platform. Over half of our people are over 13 plus. And so, this is something we're doing and we'll continue to do better and better as we go.

76.    Defendant David Baszucki further touted Roblox's ability to protect its younger users while attracting older audiences:

> First, I want to highlight right now we don't have any only 13 and up experiences.
> We have 28% of the top thousand experiences having a majority of 13-plus but
> those are still experiences that are open to all ages. We talked a lot about aging up.
> We're right in the middle of it, and we're right in the middle of very solid growth
> in our 17 through 24-year-old cohort. The exciting thing about these - - the older
> cohorts on our platform is there's a lot of light space there. We've historically
> started with younger players.

77.    Also during the November 2021 Earnings Call, Defendant Guthrie highlighted the

continued growth in user spending:

> Generally, our trends with monetization over a very long period of time are that
> those payer cohorts tend to increase in monetization over a very long period of time.
> So, we go back to core markets like U.S. and Canada, we still have growth in our
> payer cohorts going all the way back to 2016, and we expect that we're going to
> see the same behavior in international markets and particularly in Asia Pacific
> experiences.

78.    On November 9, 2021, Roblox filed a quarterly report on Form 10-Q with the SEC

for the quarter ended September 30, 2021, which included the same financial information that was

contained in the Q3 2021 Release.

79.    On November 16, 2021, during the Company's Investor Day event, Defendant

David Baszucki stated: "on our users, amazing user growth. Q3 [2021] and October [2021] results

were amazing. . . . And then finally, this foundation of safety and civility, which is what everything

rests on."

80.    During the Investor Day event, Defendant Donato touted the continued growth of

Roblox's younger user base in North America: "This penetration rate shows an audience

distribution curve in the U.S. and Canada over the last two years, Q3 '19 to right now, and you'll

see two things. One, you'll see continued progress in terms of acquiring users in our core 9- to 12-

year-old segment."

81.    Also at that event, Eliza Jacobs, Roblox's Senior Director of Product Policy, stated

the following regarding the Company's commitment to safety for all of its users:

When we think about our vision for safety and civility, we're building a dynamic set of systems that support personalization across multiple dimensions. What safe for one person isn't safe for another, and that's why we're architecting civility in this way. To start, we have our Roblox platform policies that define what isn't allowed for anyone anywhere. This is our baseline for safety, and we'll always maintain it. Hate and discrimination, bullying and harassment simply have no place here.

Next, we layer on country and location-specific requirements so that our global audience can connect and experience seamlessly without worrying about local laws and regulations. Then we work with our developers to create experience guidelines so that users can make informed choices about what kind of content they want to interact with on the platform. And we complement that with age gating for certain content to ensure that users are engaging with things that are appropriate for them.

To cap it all off, we give our users tools to set their own individual preferences, things like customized tech filters and parental controls as a final layer of personalization for safety.

82.    The above statements identified in ¶¶ 57-81 were materially false and misleading and omitted to state adverse facts necessary to make the statements not misleading because they failed to disclose that: (i) Roblox's platform had insufficient content controls, rendering the platform unsafe and inappropriate for many of its younger users; (ii) Roblox's platform lacked user spending restrictions; (iii) these inadequate controls allowed the platform's younger users to access inappropriate content and make large and unauthorized purchases of Robux with their parents' credit cards; (iv) fourth quarter 2021 and 2022 bookings would be adversely impacted by the introduction of enhanced parental controls; (v) based on the foregoing, the Company's positive bookings and revenue trends during the Relevant Period were unsustainable; and (vi) as a result, the Individual Defendants' positive statements about the Company's business, operations, and prospects lacked a reasonable basis.

***The Truth Emerges***

83.    On February 15, 2022, Roblox issued a press release disclosing disappointing financial results for the fourth quarter of 2021 (the "Q4 2021 Release"). The Company reported

bookings of $770.1 million for the quarter, significantly below the analyst consensus target of $786.8 million. Roblox further reported indicators on the size and engagement of the Company's user base which showed sequential and year-over-year declines. The Company reported 10.8 billion Hours Engaged for the quarter, another significant decline from the third quarter. The Q4 2021 Release further projected the Company's stagnating growth rates to continue into 2022, with January bookings estimates in the range of $220 million to $223 million.

84.     During the related earnings call on February 16, 2022, Defendant Guthrie stated that "the slow growth would be core markets, U.S., the core age demographic in the U.S., under 13," and explained that younger users would no longer be the primary driver of the Company's bookings growth. The Individual Defendant failed to provide investors with financial guidance for the first quarter of 2022 during the call. As a result of these disclosures, the price of Roblox stock declined a staggering 26.5%, to close at $53.87 per share on February 16, 2022.

85.     Several analysts, including Benchmark, BITG, and Jefferies immediately lowered their price targets for Roblox stock in response to the disclosures. For example, Benchmark lowered its target from $70.00 to $45.00 per share and reported:

> [Roblox] reported disappointed [Q4 2021] financial results, with both audience size and player engagement declining in key geographies and demographics. We anticipate lingering weakness in U.S. and Canada, and **in their core under-13 player group**, as engagement normalizes and play experiences decay. We are concerned management's desire to drive growth through older demographic and brand advertisements could ultimately create a toxic community experience and further open opportunities for user abuse.

86.     Benchmark further attributed the Company's stagnating growth rates to the introduction of enhanced parental controls and highlighted the suspicious timing of the aforementioned insider sales:

> We think the [Roblox] brand is vulnerable to **a user abuse narrative that has begun to materialize and could begin to erode parental confidence in the**

**platform, which could further discourage parents from supporting their child's play experience on [Roblox]**. We are not impressed with managements' grasp of the business and found them to be disingenuous and confused on their earnings call as they seemed to struggle to understand their own data. **We suspect the deceleration in growth was likely not a surprise to management and note meaningful insider sales** with the estimated value of stock sales in [fiscal year 2021] including CEO [Bazsucki]-$235M, CFO [Guthrie]-$122M, and CBO [Donato]-$157M.

87.    The Benchmark report continued:

We are not convinced that [Roblox] offers a safe play environment and worry over the potential for child abuse. We believe most children do not personally pay for their game experience and are therefore more easily open to switching games, **and because parents are not directly investing in the service, are less emotionally connected and can easily throttle back spend.**

88.    In addition to Benchmark, BTIG lowered its price target for Roblox stock from $133.00 to $99.00, and Jefferies lowered its target from $70.00 to $60.00.

## DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS

89.    Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress injuries suffered and to be suffered as a direct and proximate result of the Individual Defendants' breaches of fiduciary duties and other violations of law.

90.    Roblox is named solely as a nominal party in this action.  This is not a collusive action to confer jurisdiction on this Court that it would otherwise not have.

91.    Plaintiff will adequately and fairly represent the interests of the Company in enforcing and prosecuting its rights and retained counsel competent and experienced in derivative litigation.

92.    Plaintiff is an owner of Roblox stock and has been a continuous holder of the Company's common shares at all relevant times.

93.    At the time this action was commenced, the seven-member Board was comprised of Defendants David Baszucki, Gregory Baszucki, Carvalho, Lee, Mastantuono, and Wong, along

24

with Jason Kilar, who is not a party to this action. Accordingly, Plaintiff is only required to show that four directors cannot exercise independent objective judgment about whether to bring this action or whether to vigorously prosecute this action. As set forth below, at least six of the Board's current directors are incapable of making an independent and disinterested decision to institute and vigorously prosecute this action, including because they face a substantial likelihood of liability, and so demand on the Board to institute this action is not necessary because such a demand would have been a futile act.

94.     The Director Defendants, together and individually, violated and breached their fiduciary duties of candor, good faith, and loyalty. Specifically, the Director Defendants knowingly approved and/or permitted the wrongs alleged herein and participated in efforts to conceal those wrongs. The Director Defendants authorized and/or permitted the false statements to be disseminated directly to the public and made available and distributed to shareholders, authorized, and/or permitted the issuance of various false and misleading statements, and are principal beneficiaries of the wrongdoing alleged herein. Accordingly, the Director Defendants could not fairly and fully prosecute such a suit even if they instituted it.

95.     The Director Defendants either knowingly or recklessly issued or caused the Company to issue the materially false and misleading statements alleged herein. The Director Defendants knew of the falsity of the misleading statements at the time they were made. As a result of the foregoing, the Director Defendants breached their fiduciary duties, face a substantial likelihood of liability, are not disinterested, and demand upon them is futile, and thus excused.

96.     As members of the Board charged with overseeing the Company's affairs, each of the Director Defendants had knowledge, or the fiduciary obligation to inform themselves, of information pertaining to the Company's core operations and the material events giving rise to

these claims. Specifically, as Board members of Roblox, the Director Defendants knew, or should have known, the material facts surrounding Roblox's inadequate parental controls and its unsustainable growth.

97.    Defendant David Baszucki is not disinterested or independent, and therefore, is incapable of considering a demand because he is named as a defendant, and faces significant personal liability, in the Securities Class Action based on substantially the same wrongdoing as alleged herein, specifically issuing materially false and misleading statements during the Relevant Period.

98.    Defendants Carvalho and Mastantuono serve as members of the Audit Committee and, pursuant to the Charter, were specifically charged with the responsibility of assisting the Board in fulfilling its oversight responsibilities related to internal controls over financial reporting and public disclosure requirements. Throughout the Relevant Period, however, these Defendants breached their fiduciary duties to the Company by failing to prevent, correct, or inform the Board of the issuance of material misstatements and omissions regarding material deficiencies in the Company's accounting practices and the adequacy of the Company's internal controls as alleged above. Therefore, Defendants Carvalho and Mastantuono cannot independently consider any demand to sue themselves for breaching their fiduciary duties to the Company, as that would expose them to substantial liability and threaten their livelihood.

99.    Additionally, each of the directors received payments, benefits, stock options, and other emoluments by virtue of their membership on the Board and their control of the Company. Indeed, all of the Director Defendants benefitted directly from the wrongdoing alleged herein. Specifically, the Director Defendants benefitted from the artificial inflation of the price of the Company's stock and the resulting increase in the value of Roblox stock and stock options they

held.

100.    The Director Defendants, as members of the Board, were and are subject to the Company's Code of Conduct. The Code of Conduct goes well beyond the basic fiduciary duties required by applicable laws, rules, and regulations, requiring the Director Defendants to also adhere to Roblox's standards of business conduct. The Director Defendants violated the Code of Conduct because they knowingly or recklessly engaged in and participated in making and/or causing the Company to make the materially false and misleading statements alleged herein. Because the Director Defendants violated the Code of Conduct, they face a substantial likelihood of liability for breaching their fiduciary duties, and therefore demand upon them is futile.

101.    Furthermore, demand in this case is excused because each of the directors derive substantial revenue from the Company, control the company, and are indebted to each other. These conflicts of interest have precluded the current directors from adequately monitoring the Company's operations and internal controls and calling into question the other Individual Defendants' conduct. Significantly, none of the Director Defendants have taken remedial action to redress the conduct alleged herein. As brothers, Defendants David Baszucki and Gregory Baszucki are particularly indebted to each other and are thus incapable of making an independent and disinterested decision to institute and vigorously prosecute this action.

102.    The Director Defendants' conduct described herein and summarized above could not have been the product of legitimate business judgment as it was based on bad faith and intentional, reckless, or disloyal misconduct. Thus, none of the directors can claim exculpation from their violations of duty pursuant to the Company's charter. As a majority of the directors face a substantial likelihood of liability, they are self-interested in the transactions challenged herein. They cannot be presumed to be capable of exercising independent and disinterested judgment

about whether to pursue this action on behalf of the shareholders of the Company. Accordingly, demand is excused as being futile.

103.    The acts complained of herein constitute violations of fiduciary duties owed by Roblox's officers and directors, and these acts are incapable of ratification.

104.    The Individual Defendants may also be protected against personal liability for their acts of mismanagement and breaches of fiduciary duty alleged herein by directors' and officers' liability insurance if they caused the Company to purchase it for their protection with corporate funds *i.e.*, monies belonging to the stockholders of Roblox. If there is a directors' and officers' liability insurance policy covering the Individual Defendants, it may contain provisions that eliminate coverage for any action brought directly by the Company against the Individual Defendants, known as, *inter alia*, the "insured-versus-insured exclusion." As a result, if the Director Defendants were to sue themselves or certain officers of Roblox, there would be no directors' and officers' insurance protection. Accordingly, the Director Defendants cannot be expected to bring such a suit. On the other hand, if the suit is brought derivatively, as this action is brought, such insurance coverage, if such an insurance policy exists, will provide a basis for the Company to effectuate a recovery. Thus, demand on the Director Defendants is futile and, therefore, excused.

105.    If there is no directors' and officers' liability insurance, then the Director Defendants will not cause Roblox to sue the Defendants named herein, since, if they did, they would face a large uninsured individual liability. Accordingly, demand is futile in that event as well.

106.    Accordingly, for all of the reasons set forth above, all of the current directors cannot consider a demand with disinterestedness and independence. Consequently, a pre-suit demand on

the Board is futile and excused.

### COUNT I
### Against the Individual Defendants for
### Breach of Fiduciary Duties

107.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

108.    The Individual Defendants owed the Company fiduciary obligations. By reason of their fiduciary relationships, the Individual Defendants owed the Company the highest obligation of good faith, fair dealing, loyalty, and due care.

109.    The Individual Defendants violated and breached their fiduciary duties of care, loyalty, reasonable inquiry, and good faith.

110.    The Individual Defendants engaged in a sustained and systematic failure to properly exercise their fiduciary duties. Among other things, the Individual Defendants breached their fiduciary duties of loyalty and good faith by permitting the use of inadequate practices and procedures to guide the truthful dissemination of Company news to the investing public and to the Company's shareholders, allowing or permitting false and misleading statements to be disseminated in the Company's SEC filings and other disclosures, and otherwise failing to ensure that adequate internal controls were in place regarding the serious business reporting issues and deficiencies described above. These actions could not have been a good faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

111.    As a result of the misconduct alleged herein, the Individual Defendants are liable to the Company. As a direct and proximate result of the Individual Defendants' breach of their fiduciary duties, the Company has suffered damage, not only monetarily, but also to its corporate image and goodwill. Such damage includes, among other things, costs incurred in defending itself

in the Securities Class Action, exposing the Company to millions of dollars in potential class-wide damages in the Securities Class Action, and damage to the share price of the Company's stock, resulting in an increased cost of capital, and reputational harm.

112.    Plaintiff, on behalf of Roblox, has no adequate remedy at law.

## COUNT II
### Against the Individual Defendants for Aiding and Abetting Breach of Fiduciary Duty

113.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

114.    By encouraging and accomplishing the illegal and improper actions alleged herein and concealing them from the public, the Individual Defendants have each encouraged, facilitated, and advanced their breaches of their fiduciary duties. In so doing, the Individual Defendants have each aided and abetted, conspired, and schemed with one another to breach their fiduciary duties, waste the Company's corporate assets, and engage in the ultra vires and illegal conduct complained of herein.

115.    Plaintiff, on behalf of Roblox, has no adequate remedy at law.

## COUNT III
### Against the Insider Trading Defendants for Breach of Fiduciary Duty (*Brophy* Claim)

116.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

117.    During the Relevant Period, the Insider Trading Defendants held positions with the Company that provided them access to confidential, proprietary information concerning the Company's financial condition and future business prospects.  Notwithstanding their duty to refrain from trading in Roblox's common stock under the circumstances, the Insider Trading

Defendants sold their holdings in the Company at artificially inflated prices prior to the disclosure of the true state of the Company's finances and future prospects.

118.    The insider sales detailed herein were not part of any regular pattern of sales for the Insider Trading Defendants and were suspicious in terms of timing and amount.

119.    The information at issue was proprietary, non-public information concerning the Company's financial condition and future business prospects. It was a proprietary asset belonging to the Company, which the Insider Trading Defendants misappropriated to their own benefit when they sold Roblox stock. At the time of their stock sales, the Insider Trading Defendants were aware that the Company's business and prospects were declining, which when disclosed to the market would cause the inflated price of the Company's common stock to significantly decrease.  The Insider Trading Defendants' sales of stock while in possession and control of this material, adverse, non-public information was a breach of their fiduciary duties of loyalty and good faith.

120.    Plaintiff, on behalf of Roblox, has no adequate remedy at law.

**COUNT IV**
**Against the Individual Defendants for**
**Unjust Enrichment**

121.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

122.    By their wrongful acts and omissions, the Individual Defendants were unjustly enriched at the expense of and to the detriment of Roblox.

123.    The Individual Defendants were unjustly enriched by their receipt of bonuses, stock options, or similar compensation from Roblox that was tied to their performance or to the artificially inflated valuation of Roblox.

124.    The Insider Trading Defendants were further unjustly enriched with respect to insider sales of Company stock.

125.    Plaintiff, as a stockholder and representative of the Company, seeks restitution from the Individual Defendants, and seeks an order from this Court disgorging all profits, benefits, and other compensation obtained by the Individual Defendants as a result of their wrongful conduct and fiduciary breaches.

126.    As a direct and proximate result of the Individual Defendants' misconduct, the Company has suffered significant damages, as alleged herein.

127.    Plaintiff, on behalf of Roblox, has no adequate remedy at law.

### COUNT V
**Against the Individual Defendants for Violations of § 10(b)**
**of the Exchange Act and Rule 10b-5**

128.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

129.    The Individual Defendants violated Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

130.    The Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the materially false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

131.    The Individual Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 in that they: (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material facts or omitted to state material facts necessary in order to make the

statements made, in light of the circumstances under which they were made, not misleading; or (iii) engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff.

132.    The Individual Defendants acted with scienter because they: (i) knew that the public documents and statements issued or disseminated in the name of Roblox were materially false and misleading; (ii) knew that such statements or documents would be issued or disseminated to the investing public; and (iii) knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws.

133.    The Individual Defendants, by virtue of their receipt of information reflecting the true facts of Roblox, their control over, and/or receipt and/or modification of the materially misleading statements alleged herein, and/or their associations with the Company which made them privy to confidential proprietary information concerning Roblox, participated in the fraudulent scheme alleged herein.

134.    As a result of the foregoing, the market price of Roblox common stock was artificially inflated during the relevant time period. In ignorance of the falsity of the statements, Plaintiff relied on the statements described above and/or the integrity of the market price of Roblox common stock in purchasing Roblox common stock at prices that were artificially inflated as a result of these false and misleading statements and were damaged thereby.

135.    In addition, as a result of the wrongful conduct alleged herein, the Company has suffered significant damages, including the costs and expenses incurred in defending itself in the Securities Class Action and reputational harm. The Individual Defendants, through their violation of Section 10(b) of the Exchange Act (15 U.S.C. § 78j(b)) and Rule 10b-5, have exposed the Company to millions of dollars in potential class-wide damages in the Securities Class Action.

136.    By encouraging and accomplishing the illegal and improper transactions alleged herein and concealing them from the public, the Individual Defendants have each encouraged, facilitated, and advanced their breaches of their fiduciary duties. In so doing, the Individual Defendants have each aided and abetted, conspired, and schemed with one another to breach their fiduciary duties, waste the Company's corporate assets, and engage in the ultra vires and illegal conduct complained of herein.

137.    Plaintiff on behalf of Roblox has no adequate remedy at law.

### COUNT VI
**Against the Individual Defendants
for Waste of Corporate Assets**

138.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

139.    The Individual Defendants breached their fiduciary duties by failing to properly supervise and monitor the adequacy of Roblox's internal controls, by issuing, causing the issuance of, and/or failing to correct the false and misleading statements identified herein, and by allowing the Company to engage in an illegal, unethical, and improper course of conduct, which was continuous, connected, and ongoing at all relevant times.

140.    As a result of the misconduct described above, the Individual Defendants wasted corporate assets by, among other things, incurring and paying defense costs in connection with the Securities Class Action, and approving performance-based compensation linked to the Company's perceived successes.

141.    As a result of the waste of corporate assets, the Individual Defendants are liable to the Company.

142.    Plaintiff on behalf Roblox has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment as follows:

A.      Awarding money damages against all Individual Defendants, jointly and severally, for all losses and damages suffered as a result of the acts and transactions complained of herein, together with pre-judgment interest, molded in a fashion to ensure the Individual Defendants do not participate therein or benefit thereby;

B.      Directing all Individual Defendants to account for all damages caused by them and all profits and special benefits and unjust enrichment they have obtained as a result of their unlawful conduct, including all salaries, bonuses, fees, stock awards, options and common stock sale proceeds, and imposing a constructive trust thereon;

C.      Awarding punitive damages;

D.      Awarding costs and disbursements of this action, including reasonable attorneys' fees, accountants' and experts' fees, costs, and expenses; and

E.      Granting such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Dated: January  19, 2024

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*