# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| LUEJIA LIANG, Derivatively on Behalf of Nominal Defendant ROBLOX CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID BASZUCKI, GREGORY BASZUCKI, CHRISTOPHER CARVALHO, ANTHONY P. LEE, GINA MASTANTUONO, ANDREA WONG, MICHAEL GUTHRIE, and CRAIG DONATO,<br><br>    Defendants,<br><br>  and<br><br>ROBLOX CORPORATION,<br><br>    Nominal Defendant. | C.A. No. 24-078-MN |

## REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. 23.1 AND 41(a)(2)

Plaintiff Luejia Liang ("Plaintiff"), by and through her undersigned counsel, hereby requests voluntary dismissal of the above-captioned shareholder derivative (the "Action") brought on behalf of the Nominal Defendant Roblox Corporation ("Roblox") against Defendants David Baszucki, Gregory Baszucki, Christopher Carvalho, Anthony P. Lee, Gina Mastantuono, Andrea Wong, Michael Guthrie, and Craig Donato (collectively, with Nominal Defendant Roblox, "Defendants"), pursuant to Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure. The dismissal shall be without prejudice as to Plaintiff's ability to make a demand to pursue the claims asserted in her complaint upon the Roblox Board of Directors.

Defendants have served neither an answer nor a motion for summary judgment in the Action, and neither Plaintiff nor her counsel have received or been promised any consideration in exchange for the dismissal. Plaintiff respectfully submits that notice to the Roblox shareholders pursuant to Fed. R. Civ. P. 23(c) is not necessary because if her request for voluntary dismissal is granted, she will continue to pursue the claims asserted therein on behalf of Roblox by making a litigation demand and pursuing other relief under Delaware law.

Accordingly, Plaintiff respectfully requests that: (i) the Action be voluntarily dismissed without prejudice pursuant to Rules 23.1 and 41(a)(2) of the Fed. R. Civ. P.; and (ii) that Plaintiff be relieved of the notice requirement under Fed. R. Civ. P. 23(c).

Dated: June 3, 2024

Respectfully submitted,

**RIGRODSKY LAW, P.A.**

By: *Herbert W. Mondros*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
(302) 295-5310
sdr@rl-legal.com
gma@rl-legal.com
hwm@rl-legal.com

*Attorneys for Plaintiff Luejia Liang*

**SO ORDERED** this _____ day of _____, 2024.

_____
HON. MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE